IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Criminal No. 05-20034 Ml<br>)<br>) (30-Day Continuance) |
| LAKESHIA RICE | )<br>) |
| Defendant(s). | ) |

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the May, 2005, criminal rotation calendar, but is now RESET for report at <u>9:00 a.m. on Friday, May 27, 2005</u>, with trial to take place on the June, 2005 rotation calendar with the time excluded under the Speedy Trial Act through June 17, 2005. Agreed in open court at report date this 22nd day of April, 2005.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-27-05



SO ORDERED this 22nd day of April, 2005.

                                              JON PHIPPS McCALLA
                                              UNITED STATES DISTRICT JUDGE

CARROLL L. ANDRE' III
Assistant United States Attorney


SAMUEL L. PERKINS
Counsel for Defendant(s)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CR-20034 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

---

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT