IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Cr. No. __05-20034-Ml__

LAKESHIA R. RICE,

Defendant.

FILED IN OPEN COURT
DATE: 9/6/05
TIME: 9:15 AM
INITIALS: JPW

### ORDER GRANTING GOVERNMENT'S ORAL MOTION TO DISMISS COUNTS 2 THROUGH 24

This cause came to be heard upon the oral motion of counsel for the United States to dismiss counts 2 through 24 of the indictment in this case at the conclusion of the sentencing hearing in this case, and it appears to the Court that the plea agreement in this case having been accepted and sentence imposed on count 1, the government's motion is well taken and should be granted.

**SO ORDERED** this __6__ day of __Sept__, 2005.

JON PHIPPS MCCALLA
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __9-6-05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CR-20034 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT